**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DANIEL LEE CINCOSKI**                                                                 **PLAINTIFF**

**VS**                                           **1:15CV00100 BRW/JTR**

**SHAWN RICHARD,**
**Psychiatrist, Grimes Unit, ADC, et al.**                                        **DEFENDANTS**

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate

Judge J. Thomas Ray and the filed objections. After carefully considering these documents and

making a *de novo* review of the record in this case, the Recommendation is approved and

adopted in its entirety as this Court's findings in all respects.

Accordingly, this case is dismissed with prejudice as being time barred and frivolous.

This dismissal is a "strike," and an *in forma pauperis* appeal from this Order would not be taken

in good faith.[1]

IT IS SO ORDERED this 6th day of January 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3) and (g).